Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

JS-6

Attorneys for James H. Donell, Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for NewPoint Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GOORGAN PATATANIAN, <br><br> Defendant. | CASE NO. 11-CV-07089-DDP-JEM <br><br> **ORDER DISMISSING CASE** |

Based on the Stipulation Dismissing Case, entered into by the parties as a result of a settlement, and good cause appearing, therefor,

1. IT IS HEREBY ORDERED this case is dismissed with prejudice.

DATED: May 29, 2012

*/s/ Dean D. Pregerson*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

13390.10:1608114.1